PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00186-TLN |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| MICHALE LAWRIENCE FOTOFILI, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, IT IS HEREBY ORDERED that the pending Indictment in case number 2:20-CR-00186-TLN is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: January 27, 2023

_____
Troy L. Nunley
United States District Judge

Order Dismissing Indictment    1